**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 14-7382**

─────────────

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

DAMON EMANUEL ELLIOTT,

             Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, Senior District Judge.   (8:97-cr-00053-PJM-1; 8:14-cv-02732-PJM; 8:14-cv-02742-PJM)

─────────────

Submitted:  December 18, 2014       Decided:  December 23, 2014

─────────────

Before SHEDD, WYNN, and THACKER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Damon Emanuel Elliott, Appellant Pro Se.   Lindsay Eyler Kaplan, Sujit Raman, Assistant United States Attorneys, Greenbelt, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damon Emanuel Elliott seeks to appeal the district court's order dismissing without prejudice his petition filed under 28 U.S.C. § 2241 (2012) and his motion filed pursuant to 28 U.S.C. § 1651 (2012), both of which the district court properly construed as successive 28 U.S.C. § 2255 (2012) motions. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Elliott has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal.

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED